IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas A. Jacobson  
Joye L. Jacobson

Case No. 1:20-bk-00436-HWV  
Chapter 13

MOTION TO EXTEND TIME  
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 20th day of February, 2020, come the above Debtors, by their counsel, CGA Law Firm and E. Haley Rohrbaugh, Esquire, and do file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on February 6, 2020.

3. The Debtor has provided the initial paperwork to process the Plan and Schedules; however, after the initial processing of the case, additional pay stubs and a copy of 2018 Tax Returns are still needed in order to complete the schedules and calculate a Chapter 13 Plan which the Debtor have not yet provided to Counsel.

4. The Debtors request a short extension of twenty-one (21) days to file all remaining documents.

WHEREFORE, the Debtors request an extension of time of twenty-one (21) days in which to file the appropriate schedules to accompany their bankruptcy petition.

Respectfully submitted,  
CGA Law Firm

By: /s/ E. Haley Rohrbaugh_____  
E. Haley Rohrbaugh, Esquire  
Sup. Ct. ID No. 323803  
135 North George Street  
York, PA 17401-1282  
Telephone: 717-848-4900  
(Counsel for Debtors)

{01754562/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Thomas A. Jacobson | Case No. 1:20-bk-00436-HWV |
| Joye L. Jacobson | Chapter 13 |

## ORDER EXTENDING TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtors must file the requisite schedules be extended an additional twenty (21) days, to March 12, 2020.

BY THE COURT,

{01754562/1}