IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas A. Jacobson                     Case No. 1-20-bk-00436-HWV
Joye L. Jacobson                       Chapter 13

SECOND MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, come the above Debtors, by their counsel, E. Haley Rohrbaugh, Esquire and CGA

Law Firm and file the within Motion averring that:

1.      The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to further

extend the time in which the Debtors must file all remaining documents.

2.      The above-captioned case was filed as an emergency on February 6, 2020.

3.      The Court granted an extension to March 12, 2020 to file all remaining documents.

4.      The Debtors are still attempting to locate additional Income and Tax documentation

needed.

WHEREFORE, the Debtor requests a further extension of time of twenty-one (21) days in which

to file all remaining documents, including the Plan.

Respectfully submitted,
CGA Law Firm


By: */s/ E. Haley Rohrbaugh*__
    E. Haley Rohrbaugh, Esquire
    Sup. Ct. ID No. 323803
    135 North George Street
    York, PA 17401-1282
    Telephone: 717-848-4900
    (Counsel for Debtor)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas A. Jacobson                    Case No. 1-20-bk-00436-HWV
Joye L. Jacobson                      Chapter 13

## ORDER GRANTING SECOND MOTION TO EXTEND TIME FOR FILING ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have

the time in which to file all remaining documents further extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be

extended an additional twenty-one (21) days, to April 2, 2020.

BY THE COURT,

{01764472/1}