```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 20-00436-HWV
Thomas A. Jacobson                                                        Chapter 13
Joye L. Jacobson
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 1              Date Rcvd: Apr 15, 2020
                              Form ID: ntnew341           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/jdb         +Thomas A. Jacobson,    Joye L. Jacobson,    1795 Alpine Road,    Dover, PA 17315-2116
5298671        +APEX ASSET MANAGEMENT,    2501 OREGON PIKE,    SUITE 201,    LANCASTER, PA 17601-4890
5298673        +CENTRAL CREDIT SERVICES, LLC,    9550 REGENCY SQUARE BLVD,    SUITE 500 A,
                 JACKSONVILLE, FL 32225-8169
5298666        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5319114       ++LCI,   PO BOX 1931,    BURLINGAME CA 94011-1931
                (address filed with court: Tea Olive, LLC,     PO BOX 1931,    Burlingame, CA 94011)
5298668        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5298667        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5298665        +THOMAS A. JACOBSON,    JOYE L. JACOBSON,    1795 ALPINE ROAD,    DOVER, PA 17315-2116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 19:49:08
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5305816         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 19:49:43      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5298672        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 19:49:35      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5302161         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 19:50:09
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5298669         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 15 2020 19:44:22      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5319114         E-mail/Text: documentfiling@lciinc.com Apr 15 2020 19:44:12      Tea Olive, LLC,    PO BOX 1931,
                 Burlingame, CA 94011
5298674        +E-mail/Text: jennifer.chacon@spservicing.com Apr 15 2020 19:45:13
                 SELECT PORTFOLIO SERVICING, INC,    ATTN: BANKRUPTCY,    PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
5299085        +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 19:50:01       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5298670        +E-mail/Text: kcm@yatb.com Apr 15 2020 19:44:14       YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Thomas A. Jacobson hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Joye L. Jacobson hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Et Al... bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas A. Jacobson,

    **Debtor 1**

Joye L. Jacobson,

    **Debtor 2**

Chapter 13

Case No. 1:20–bk–00436–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you. | Date: May 7, 2020 <br> Time: 10:00 AM |
|---|---|

**All deadlines set on the original notice of Meeting of Creditors have expired. New deadlines will not be set.**

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 15, 2020 |

ntnew341 (04/18)