| EMPLOYEE NAME | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|
| THOMAS A JACOBSON | | | 2708 PAMBG N10 1724 | | 2708224055 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4026797 | XXX-XX-6837 | M 00 | S 00 | | 12/06/2019 |
| EARNINGS STATEMENT | PERIOD BEGIN 11/24/2019 | PERIOD END 11/30/2019 | TOTAL EARNINGS 1,825.88 | TOTAL TAXES 376.88 | TOTAL DEDUCTIONS 305.80 | NET AMOUNT 1,143.20 |

```
                     EARNINGS                                          TAXES    -  DEDUCTIONS  -  MISC
DESCRIPTION  -  RATE  -  MILES  -  HOURS  -  GROSS PAY      DESCRIPTION      -   CURRENT    -   YEAR-TO-DATE
         CURRENT PAY RATE    29.05                                    TAXES
DROPS/HO  29.050                  7.55        219.33         FICA                 111.27         5,301.05
FUEL      29.050                  0.54         15.69         FICA MEDICARE         26.02         1,239.76
REGULAR   29.050                  1.75         50.84         FEDERAL TAX          160.96         7,977.45
MILEAGE    .7265  1480.0                    1,075.22         ST TAX- PA            55.10         2,624.88
HOLIDAY   29.050                 16.00        464.80         SUT EMPL DEDCT         1.10            52.25
TOTAL HOURS WORKED                9.84                       WARRINGTON            22.43         1,068.76
CURRENT TOTALS                              1,825.88             TOTALS           376.88
Y-T-D TOTALS             687.93            87,027.23                          DEDUCTIONS
                                                             BFTAX FLEX            31.15         1,526.35
                                                             PRU 401K      9      164.33         7,230.14
                                                             UNIONDUE              18.25           824.25
                                                             AFTAX FLEX             2.76           135.24
                                                             PERSONAL INS          84.31         4,021.18
                                                             DRIVE                  5.00           245.00
                                                                 TOTALS           305.80
```

VAC 32.00 H                                    OTH 16.00 H

ADDRESS VERIFICATION AREA   1795 APINE ROAD
                            DOVER   PA  17315

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES



UPS Ground Freight, Inc.
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 12/06/2019 | 2708224055 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,143.20 |

DEPOSITED IN THE NAME OF   **THOMAS A JACOBSON**

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE

| UPS | EMPLOYEE NAME | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| | THOMAS A JACOBSON | | | 2708 PAMBG N10 1724 | | 2708237006 |
| | EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| | 4026797 | XXX-XX-6837 | M 00 | S 00 | | 12/13/2019 |
| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | 12/01/2019 | 12/07/2019 | 1,814.61 | 374.30 | 304.78 | 1,135.53 |

### EARNINGS

| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY |
|---|---|---|---|---|
| CURRENT PAY RATE | 29.05 | | | |
| DROPS/HO | 29.050 | | 9.15 | 265.81 |
| FUEL | 29.050 | | 0.65 | 18.88 |
| REGULAR | 29.050 | | 9.10 | 264.36 |
| MILEAGE | .7265 | 1742.0 | | 1,265.56 |
| TOTAL HOURS WORKED | | | 18.90 | |
| CURRENT TOTALS | | | | 1,814.61 |
| Y-T-D TOTALS | | | 706.83 | 88,841.84 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA | 110.58 | 5,411.63 |
| FICA MEDICARE | 25.86 | 1,265.62 |
| FEDERAL TAX | 159.73 | 8,137.18 |
| ST TAX- PA | 54.75 | 2,679.63 |
| SUT EMPL DEDCT | 1.09 | 53.34 |
| WARRINGTON | 22.29 | 1,091.05 |
| TOTALS | 374.30 | |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BFTAX FLEX | 31.15 | 1,557.50 |
| PRU 401K 9 | 163.31 | 7,393.45 |
| UNIONDUE | 18.25 | 842.50 |
| AFTAX FLEX | 2.76 | 138.00 |
| PERSONAL INS | 84.31 | 4,105.49 |
| DRIVE | 5.00 | 250.00 |
| TOTALS | 304.78 | |

VAC 32.00 H      OTH 16.00 H

ADDRESS VERIFICATION AREA  
1795 APINE ROAD  
DOVER   PA   17315

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

UPS Ground Freight, Inc.  
1000 Semmes Ave.  
Richmond, VA 23224  
1-855-877-4772

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

UPS Ground Freight, Inc.  
UPS FREIGHT US - 2708  
100 E CAMPUSVIEW BLVD  
SUITE 300  
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 12/13/2019 | 2708237006 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,135.53 |

DEPOSITED IN THE NAME OF   THOMAS A JACOBSON

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE



| EMPLOYEE NAME | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|
| THOMAS A JACOBSON | | | 2708 PAMBG N10 1724 | | 2708273065 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4026797 | XXX-XX-6837 | M | S 00 | | 01/03/2020 |
| EARNINGS STATEMENT | PERIOD BEGIN 12/22/2019 | PERIOD END 12/28/2019 | TOTAL EARNINGS 2,005.57 | TOTAL TAXES 419.92 | TOTAL DEDUCTIONS 322.11 | NET AMOUNT 1,263.54 |

```
              EARNINGS                                  TAXES  -  DEDUCTIONS  -  MISC
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY    DESCRIPTION   -   CURRENT   -   YEAR-TO-DATE

        CURRENT PAY RATE  29.05                              TAXES
DROPS/HO  29.050            1.35      39.22       FICA                122.41         122.41
DROPS/HO  43.575            1.69      73.64       FICA MEDICARE        28.63          28.63
FUEL      29.050            0.37      10.75       FEDERAL TAX         182.39         182.39
FUEL      43.575            0.45      19.61       ST TAX- PA           60.61          60.61
REGULAR   29.050           22.98     667.57       SUT EMPL DEDCT        1.20           1.20
MILEAGE    .7265   982.0             713.42       WARRINGTON           24.68          24.68
OVERTIME  43.575            0.38      16.56         TOTALS            419.92
HOLIDAY   29.050           16.00     464.80                    DEDUCTIONS
TOTAL HOURS WORKED         27.22                  BFTAX FLEX           31.15          31.15
CURRENT TOTALS                     2,005.57       PRU 401K      9    180.50         180.50
Y-T-D TOTALS               43.22   2,005.57       UNIONDUE             18.25          18.25
                                                  AFTAX FLEX            2.76           2.76
                                                  PERSONAL INS         84.45          84.45
                                                  DRIVE                 5.00           5.00
                                                    TOTALS            322.11
```

VAC  0.00  H                          OTH  8.00  H

ADDRESS VERIFICATION AREA   1795 APINE ROAD
                            DOVER      PA    17315

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772



THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES



**UPS Ground Freight, Inc.**
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 01/03/2020 | 2708273065 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,263.54 |

DEPOSITED IN
THE NAME OF   **THOMAS A JACOBSON**

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE



| EMPLOYEE NAME | | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| THOMAS A JACOBSON | | | | 2708 PAMBG N10 1724 | | 2708249126 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | | ADVICE DATE |
| 4026797 | XXX-XX-6837 | M 00 | S 00 | | | 12/20/2019 |
| PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | | NET AMOUNT |
| 12/08/2019 | 12/14/2019 | 1,505.78 | 303.42 | 276.99 | | 925.37 |

| EARNINGS | | | | | TAXES - DEDUCTIONS - MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY | DESCRIPTION | CURRENT | YEAR-TO-DATE |

```
CURRENT PAY RATE     29.05                      TAXES
VACATION  39.793          32.00    1,273.38     FICA                91.43     5,503.06
OPT'NWEE  29.050           8.00      232.40     FICA MEDICARE       21.39     1,287.01
TOTAL HOURS WORKED         0.00                 FEDERAL TAX        126.00     8,263.18
CURRENT TOTALS                     1,505.78     ST TAX- PA          45.27     2,724.90
Y-T-D TOTALS             746.83   90,347.62     SUT EMPL DEDCT       0.90        54.24
                                                WARRINGTON          18.43     1,109.48
                                                   TOTALS          303.42

                                                         DEDUCTIONS
                                                BFTAX FLEX          31.15     1,588.65
                                                PRU 401K      9   135.52     7,528.97
                                                UNIONDUE            18.25       860.75
                                                AFTAX FLEX           2.76       140.76
                                                PERSONAL INS        84.31     4,189.80
                                                DRIVE                5.00       255.00
                                                   TOTALS          276.99
```

VAC 32.00 H         OTH 8.00 H

ADDRESS VERIFICATION AREA  1795 APINE ROAD
                           DOVER    PA 17315

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

UPS Ground Freight, Inc.
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 12/20/2019 | 2708249126 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $******925.37 |

DEPOSITED IN THE NAME OF   THOMAS A JACOBSON

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**

## UPS Deposit Advice

| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| THOMAS A JACOBSON | 2708 PAMBG N10 1724 | 2708284212 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4026797 | XXX-XX-6837 | M | S 00 | | 01/10/2020 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 12/29/2019 | 01/04/2020 | 1,687.20 | 344.69 | 293.46 | 1,049.05 |

### EARNINGS

| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY |
|---|---|---|---|---|
| CURRENT PAY RATE | 29.05 | | | |
| DROPS/HO | 29.050 | | 5.11 | 148.45 |
| FUEL | 29.050 | | 0.79 | 22.95 |
| REGULAR | 29.050 | | 3.34 | 97.03 |
| MILEAGE | .7265 | 1633.0 | | 1,186.37 |
| HOLIDAY | 29.050 | | 8.00 | 232.40 |
| TOTAL HOURS WORKED | | | 9.24 | |
| CURRENT TOTALS | | | | 1,687.20 |
| Y-T-D TOTALS | | | 60.46 | 3,692.77 |

### TAXES / DEDUCTIONS / MISC

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| **TAXES** | | |
| FICA | 102.68 | 225.09 |
| FICA MEDICARE | 24.01 | 52.64 |
| FEDERAL TAX | 145.45 | 327.84 |
| ST TAX- PA | 50.84 | 111.45 |
| SUT EMPL DEDCT | 1.01 | 2.21 |
| WARRINGTON | 20.70 | 45.38 |
| TOTALS | 344.69 | |
| **DEDUCTIONS** | | |
| BFTAX FLEX | 31.15 | 62.30 |
| PRU 401K 9 | 151.85 | 332.35 |
| UNIONDUE | 18.25 | 36.50 |
| AFTAX FLEX | 2.76 | 5.52 |
| PERSONAL INS | 84.45 | 168.90 |
| DRIVE | 5.00 | 10.00 |
| TOTALS | 293.46 | |

VAC 0.00 H      OTH 8.00 H

**ADDRESS VERIFICATION AREA**
1795 APINE ROAD
DOVER    PA  17315

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES



UPS Ground Freight, Inc.
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 01/10/2020 | 2708284212 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,049.05 |

**DEPOSITED IN THE NAME OF** THOMAS A JACOBSON

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE

| | EMPLOYEE NAME | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| UPS | THOMAS A JACOBSON | | | 2708 PAMBG N10 1724 | | 2708298823 |
| | EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| | 4026797 | XXX-XX-6837 | M | S 00 | | 01/17/2020 |
| | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | 01/05/2020 | 01/11/2020 | 2,131.58 | 460.33 | 361.69 | 1,309.56 |

| EARNINGS | | | | TAXES - DEDUCTIONS - MISC | | |
|---|---|---|---|---|---|---|
| DESCRIPTION - RATE - MILES - HOURS - GROSS PAY | | | | DESCRIPTION - CURRENT - YEAR-TO-DATE | | |

```
           CURRENT PAY RATE   29.25                     TAXES
DROPS/HO  29.250       11.65       340.76      FICA              130.23      355.32
FUEL      29.250        1.02        29.84      FICA MEDICARE      30.46       83.10
REGULAR   29.250        4.74       138.65      FEDERAL TAX       207.62      535.46
MILEAGE    .7275 2230.0          1,622.33      ST TAX- PA         64.48      175.93
TOTAL HOURS WORKED    17.41                    SUT EMPL DEDCT      1.28        3.49
CURRENT TOTALS                   2,131.58      WARRINGTON         26.26       71.64
Y-T-D TOTALS          77.87      5,824.35          TOTALS        460.33

                                                   DEDUCTIONS
                                               BFTAX FLEX         31.15       93.45
                                               PRU 401K     9    191.84      524.19
                                               UNIONDUE           18.25       54.75
                                               AFTAX FLEX          2.76        8.28
                                               PERSONAL INS      112.69      281.59
                                               DRIVE               5.00       15.00
                                                   TOTALS        361.69
```

VAC 120.00  H                                  OTH  32.00  H

**ADDRESS VERIFICATION AREA**   1795 APINE ROAD
DOVER     PA   17315

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772

**BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA**

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

**UPS Ground Freight, Inc.**
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 01/17/2020 | 2708298823 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,309.56 |

**VOID**

**DEPOSITED IN THE NAME OF**   THOMAS A JACOBSON

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**

| | EMPLOYEE NAME | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| UPS | THOMAS A JACOBSON | | | 2708 PAMBG N10 1724 | | 2708311387 |
| | EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| | 4026797 | XXX-XX-6837 | M | S 00 | | 01/24/2020 |
| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | 01/12/2020 | 01/18/2020 | 2,124.57 | 458.07 | 362.06 | 1,304.44 |

| EARNINGS | | | | | TAXES - DEDUCTIONS - MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY | DESCRIPTION | CURRENT | YEAR-TO-DATE |

```
         CURRENT PAY RATE     29.25                              TAXES
DELAY         29.250                    1.10       32.18    FICA             129.79        485.11
DROPS/HO      29.250                   12.77      373.52    FICA MEDICARE     30.35        113.45
FUEL          29.250                    1.06       31.01    FEDERAL TAX      206.22        741.68
REGULAR       29.250                    5.25      153.56    ST TAX- PA        64.27        240.20
MILEAGE        .7275    2109.0                  1,534.30    SUT EMPL DEDCT     1.27          4.76
TOTAL HOURS WORKED                     20.18                WARRINGTON        26.17         97.81
CURRENT TOTALS                                  2,124.57       TOTALS        458.07
Y-T-D TOTALS                           98.05    7,948.92
                                                                     DEDUCTIONS
                                                            BFTAX FLEX        31.15        124.60
                                                            PRU 401K    9    191.21        715.40
                                                            UNIONDUE          19.25         74.00
                                                            AFTAX FLEX         2.76         11.04
                                                            PERSONAL INS     112.69        394.28
                                                            DRIVE              5.00         20.00
                                                               TOTALS        362.06
```

VAC 120.00  H                             OTH 32.00  H


ADDRESS VERIFICATION AREA     1795 APINE ROAD
                              DOVER        PA   17315                        UPS Ground Freight, Inc.
                                                                             1000 Semmes Ave.
BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA                                   Richmond, VA 23224
                                                                             1-855-877-4772
024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

UPS Ground Freight, Inc.
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 01/24/2020 | 2708311387 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,304.44 |

*** VOID ***

DEPOSITED IN
THE NAME OF    THOMAS A JACOBSON                                   Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**



| EMPLOYEE NAME | | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| THOMAS A JACOBSON | | | | 2708 PAMBG N10 1724 | | 2708322012 |
| EMPLOYEE I.D. | | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4026797 | | XXX-XX-6837 | M | S 00 | | 01/31/2020 |
| EARNINGS STATEMENT | PERIOD BEGIN 01/19/2020 | PERIOD END 01/25/2020 | TOTAL EARNINGS 2,118.27 | TOTAL TAXES 456.06 | TOTAL DEDUCTIONS 342.24 | NET AMOUNT 1,319.97 |

| EARNINGS | | | | | TAXES - DEDUCTIONS - MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | MILES | HOURS | GROSS PAY | DESCRIPTION | CURRENT | YEAR-TO-DATE |

```
          CURRENT PAY RATE   29.25                   TAXES
DROPS/HO  29.250            11.40      333.45     FICA            129.40      614.51
FUEL      29.250             0.53       15.50     FICA MEDICARE    30.27      143.72
REGULAR   29.250             9.90      289.58     FEDERAL TAX     204.96      946.64
MILEAGE    .7275  2034.0             1,479.74     ST TAX- PA       64.07      304.27
TOTAL HOURS WORKED          21.83                 SUT EMPL DEDCT    1.27        6.03
CURRENT TOTALS                       2,118.27     WARRINGTON       26.09      123.90
Y-T-D TOTALS               119.88   10,067.19         TOTALS      456.06

                                                        DEDUCTIONS
                                                  BFTAX FLEX       31.15      155.75
                                                  PRU 401K    9   190.64      906.04
                                                  AFTAX FLEX        2.76       13.80
                                                  PERSONAL INS    112.69      506.97
                                                  DRIVE             5.00       25.00
                                                      TOTALS      342.24
```

VAC 120.00 H                         OTH 40.00 H



ADDRESS VERIFICATION AREA    1795 APINE ROAD
                             DOVER      PA   17315

UPS Ground Freight, Inc.
1000 Semmes Ave.
Richmond, VA 23224
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

UPS Ground Freight, Inc.
UPS FREIGHT US - 2708
100 E CAMPUSVIEW BLVD
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4026797 | 01/31/2020 | 2708322012 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,319.97 |



DEPOSITED IN THE NAME OF    THOMAS A JACOBSON

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE