UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS A. JACOBSON and : CHAPTER 13
JOYE L. JACOBSON :
Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
Movant :
:
vs. :
:
THOMAS A. JACOBSON and :
JOYE L. JACOBSON :
Respondent(s) : CASE NO.   1-20-bk-00436

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   28th   day of October, 2020, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes the
following amounts:

a.   Average gross monthly income (verification) - Line 2.
b.   Retirement contribution 15.3%

Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon disposable income on Schedules I and J and
specifically disputes the following amounts:

a.   Retirement contribution 15.3%

2.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

a.   2019 Federal Income Tax return. (Second request)
b.   Last paystub dated October 31, 2020. (Second request)
c.   Unfiled 2016 and 2019 Federal Income Tax returns. (Claim #2)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:       /s/James K. Jones
                Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this  28th  day of October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA   17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee